RICHARD A. ERGO #110487
KENNETH G. JONES #196868
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
kjones@bowlesverna.com

Attorneys for Defendant
FINE TOY COMPANY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOLKMANIS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RNR, INC., SAFEWAY, INC. and FINE TOY COMPANY, LTD., <br><br> Defendants. | Case No. C03-3588 SC <br><br> **STIPULATION FOR SUBSTITUTION OF ATTORNEY** |

The parties hereto stipulate that Defendant Fine Toy Company, Ltd. makes the following substitution. Former legal counsel was Alan M. Horwitz, 100 N. Westlake Boulevard, Suite 201, Westlake Village, California 91362, telephone (805) 494-4407. The new legal representative is Kenneth G. Jones, Bowles & Verna, 2121 N. California Boulevard, Suite 875, Walnut Creek, California, 94596, telephone (925) 935-3300, facsimile (925) 935-0371, e-mail kjones@bowlesverna.com.

I consent to this substitution:

DATED: July 7, 2005                         FINE TOY COMPANY, LTD


                                            By_____//ss//_____
                                            BOB CAVELLIER, V.P. MARKETING

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-1-
STIPULATION FOR SUBSTITUTION OF ATTORNEY

1  I consent to this substitution:

2  DATED: July 7, 2005                                    //ss//
3                                                    ALAN M. HORWITZ

4
   I accept this substitution:
5
6  DATED: July 7, 2005              BOWLES & VERNA LLP

7
8                                   By _____//ss//_____
                                       KENNETH G. JONES
9                                      Attorneys for Defendant
                                       FINE TOY COMPANY, LTD.
10

11  IT IS SO ORDERED.

12 DATED: July 13, 2005                   /s/ Samuel Conti
13                                   HON. SAMUEL CONTI

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-2-
STIPULATION FOR SUBSTITUTION OF ATTORNEY