LAW OFFICE OF H. MICHAEL BRUCKER
H. MICHAEL BRUCKER (SBN #36297)
5855 Doyle Street, Suite 110
Emeryville, CA 94608
Telephone: (510) 654-6200
Facsimile:  (510) 654-6166

Counsel for Plaintiff,
Folkmanis, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOLKMANIS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FINE TOY COMPANY, LTD. ) <br> ) <br> Defendant. ) <br> _____ ) | **No. C 03-3588 SC** <br><br><br> CORRECTED |

**CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**

Plaintiff, Folkmanis Inc., submits this Case Management Statement and Proposed Order and requests the Court to adopt it as its Case Management Order in this case.

**UPDATE**

The present status of the case is as follows:

The parties have agreed to a settlement which has been embodied in a written document signed by both parties.  The Defendant made the necessary payment to Plaintiff by a check drawn on a Korean bank.

As of this writing, the check has not yet cleared.

Plaintiff and Defendant have agreed to a stipulated dismissal of

the action as to Defendant Fine Toy Company, Ltd., which will be filed electronically at such time as Plaintiff is notified that the check drawn on the Korean bank has cleared.

It is expected that the check will either clear the bank or be rejected within the next two weeks.

Accordingly, it is requested that the Case Management Conference be continued for 30 days, during which time it can be determined whether or not payment has been made and a stipulated dismissal can be filed.

**Dated:  November 17, 2005**

>   **/s/ H. Michael Brucker**
>   **H. Michael Brucker,Counsel for Plaintiff**

**CASE MANAGEMENT ORDER**

**It is hereby ordered that the Case Management Conference be continued to:** _____January 6, ~~2005~~ 2006 at 10:00 A.M._____.

Dated: 11/17/05



UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti