H. MICHAEL BRUCKER (SBN #36297)
LAW OFFICE OF H. MICHAEL BRUCKER
5855 Doyle Street, Suite 110
Emeryville, CA 94608
Telephone: (510) 654-6200
Facsimile: (510) 654-6166

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOLKMANIS, INC.<br><br>                Plaintiff,<br><br>vs.<br><br>FINE TOY COMPANY, LTD.<br><br>                Defendant. | No. C03-3588 SC<br><br>**STIPULATION OF DISMISSAL**<br><br>ORDER |

The parties, FOLKMANIS, INC. and FINE TOY COMPANY LTD., by their respective counsel, hereby stipulate that this case may be dismissed with prejudice, each party to bear its own costs and attorneys' fees, and request an Order to that effect.

                                                      Respectfully submitted,

Dated: November 28, 2005        By /s/ H. Michael Brucker
                                                        H. Michael Brucker
                                                        Counsel for Plaintiff

Dated: November 8, 2005          By /s/Kenneth Jones
                                                        Kenneth Jones
                                                        Counsel for Defendant

IT IS SO ORDERED

Judge Samuel Conti
11/29/05